UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

ANTHONY CASSA,

   Plaintiff,

-vs-                                  CASE NO.:  8:19-CV-3365-T-17AAS

CAPITAL ONE AUTO FINANCE, INC.,

   Defendant.

_____/

## NOTICE OF PENDING SETTLEMENT

Plaintiff, ANTHONY CASSA, by and through his undersigned counsel, hereby notifies the Court that the parties, Plaintiff, ANTHONY CASSA, and Defendants, CAPITAL ONE AUTO FINANCE, INC., have reached a settlement with regard to this case, and are presently drafting, and finalizing the settlement agreement, and general release documents.  Upon execution of the same, the parties will file the appropriate dismissal documents with the Court.

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing document has been furnished by via E-Filing on this 2nd day of May, 2017 to all parties of record.

/S/Shaughn C. Hill, Esquire
Shaughn C Hill, Esquire
Morgan & Morgan, Tampa,  P.A.
One Tampa City Center
Tampa, FL 33602
Tele:  (813) 223-5505
Fax:  (813) 223-5402
shill@forthepeople.com
Florida Bar #:  0105998
Attorney for Plaintiff