UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

ANTHONY CASSA,

  Plaintiff,

-vs-

CAPITAL ONE AUTO FINANCE, INC.,

  Defendant.

CASE NO.:  8:19-CV-3365-T-17AAS

_____/

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

**COMES NOW** the Plaintiff, Anthony Cassa, and the Defendant, Capital One Auto Finance, Inc, and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), hereby stipulate to dismiss, with prejudice, each claim and count therein asserted by Plaintiff against the Defendant in the above styled action, with Plaintiff and Defendant to bear their own attorney's fees, costs and expenses.

Respectfully submitted this 19th day of June, 2017.

| | |
|---|---|
| /s/ Shaughn C. Hill, Esquire | /s/ Joshua H. Threadcraft, Esquire |
| Shaughn C. Hill, Esq. | Joshua H. Threadcraft, Esq. |
| Morgan & Morgan, Tampa, P.A. | Burr & Forman LLP |
| One Tampa City Center | 420 North 20th Street, Suite 3400 |
| Tampa, FL 33602 | Birmingham, AL 35203 |
| Tele: (813) 223-5505 | Tele: (205) 251-3000 |
| Fax: (813) 223-5402 | Fax: (205) 413-8701 |
| shill@forthepeople.com | jthreadcraft@burr.com; jcarlin@burr.com |
| Florida Bar#: 0105998 | Bar#: 96193 |
| Attorney for Plaintiff | Attorney for Defendant |